# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLAN B. NEWTON, | : | |
| | : | |
| Plaintiff | : | No. 3:13-CV-0160 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting Comissioner of Social Security, | : : | |
| | : | |
| Defendant | : | |

## ORDER

**NOW**, this 18th day of February, 2015, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Allan B. Newton disability insurance benefits and supplemental security income is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration; and

4. The Clerk of Court shall **CLOSE** this case.

/s/ **William J. Nealon**
**United States District Judge**